■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE DAUM, Appellant. [976 NYS2d 886]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 26, 2000 (*People v Daum*, 278 AD2d 505 [2000]), affirming a judgment of the Supreme Court, Richmond County, rendered February 3, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Rivera, Balkin and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DAVIDSON, Appellant. [976 NYS2d 887]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered January 13, 2011, convicting him of rape in the third degree and criminal sexual act in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal forecloses review of his claim regarding the excessiveness of his sentence (*see People v Edmunson*, 109 AD3d 621, 622 [2013]). The waiver also forecloses review of the defendant's claim that his counsel was ineffective, since the alleged ineffectiveness does not implicate the voluntariness of the defendant's plea of guilty (*see id.*).

The defendant's remaining contention is not properly before this Court. Skelos, J.P., Balkin, Leventhal and Sgroi, JJ., concur.